George Dalton BROOKS;
et al, Plaintiffs,

George Dalton Brooks; Corwin Henry
Meyer; Richard Welsh; Monroe Ash-
worth, III; Martin Amon; et al,
Plaintiffs–Appellants,

v.

Kenneth DAM, etc; et al, Defendants,

United States of America; John Snow,
Secretary, Department of Treasury;
Mark W. Everson, Commissioner of
the Internal Revenue Service, Defen-
dants–Appellees.

No. 04–20346.

United States Court of Appeals,
Fifth Circuit.

Decided March 21, 2005.

Henry L Klein, James Harold Daigle,
Jr., Klein Daigle, for Plaintiffs–Appellants.

Bruce Raleigh Ellisen, Joan I. Oppen-
heimer, U.S. Department of Justice Tax
Division, Washington, DC, for Defendants–
Appellees.

Before JONES, WIENER, and
CLEMENT, Circuit Judges.

PER CURIAM: *

As the district court correctly dismissed
the action of Plaintiffs–Appellants on the
determination that the United States is the
real party of interest and its sovereign

immunity has not been waived by the Ad-
ministrative Procedure Act, we need not
address the alternative grounds for dis-
missal, including without limitation, lack of
standing, procedural bar by the Anti–In-
junction Act and the Declaratory Judg-
ment Act, and failure to exhaust adminis-
trative remedies. For the reasons more
particularly set forth in its Order, the dis-
trict court's rulings are, in all respects,

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.